IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR312 |
| MARIO AYALA-REYNA, | ) ) | **ORDER** |
| Defendant. | ) ) | |

Before the court is defendant's Motion to Continue [42] requesting a continuance of the hearing scheduled for October 19, 2006.  Good cause being shown, the motion is granted and the hearing will be continued.

IT IS ORDERED:

1. That the defendant's Motion to Continue [42] is granted; and

2. That the hearing on the Petition for Action on Conditions of Pretrial Release [24] is continued to **October 26, 2006** at **2:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska

Since this is a criminal case, the defendant must be present, unless excused by the Court.   An interpreter will be provided by the Court.

DATED this 19th day of October, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge