IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR312 |
| | ) | |
| MARIO AYALA-REYNA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the following is set for hearing on **October 26, 2006** at **2:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    Arraignment on Superseding Indictment

    Since this is a criminal case, the defendants must be present, unless excused by the Court. An interpreter will be provided by the court.

    DATED this 20th day of October, 2006.

                              BY THE COURT:

                              s/ F.A. Gossett
                              United States Magistrate Judge