IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:06CR312 |
| ) | |
| MARIO AYALA-REYNA, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

     IT IS ORDERED that the following is set for hearing on **December 5, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

     - Motion to Suppress/Franks Motion [51] filed by the defendant

     Since this is a criminal case, the defendant must be present, unless excused by the Court.

     DATED this 15th day of November, 2006.

                                          BY THE COURT:

                                          s/ F.A. Gossett
                                          United States Magistrate Judge