IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR312 |
| MARIO AYALA-REYNA, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

An evidentiary hearing on the defendant's Motion to Suppress/Franks Motion [51] began on December 5, 2006. However, an issue with defendant needing an interpreter was raised by the court. On the court's own motion, the hearing was stopped.

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress/Franks Motion [51] is rescheduled to begin in it's entirety on **December 21, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the court.

DATED this 5th day of December, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge